UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | | |
|---|---|---|
| WILLIAM F. CRUMEL, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 3:14-CV-350 |
| | ) | Phillips/Shirley |
| TCCA, INC. and LAUREN A. CARROLL, | ) | |
| | ) | |
| Defendants. | ) | |

## ORDER

For the reasons outlined in the accompanying memorandum opinion, defendant Carroll's motion to dismiss [Doc. 4] is **GRANTED** and the plaintiff's claims against defendant Carroll are **DISMISSED**.

In light of the Court's conclusion that the plaintiff's claims are time-barred, the plaintiff is hereby **DIRECTED** to show good cause within 30 days why the claims against defendant TCCA, Inc. should not also be dismissed as time-barred.

IT IS SO ORDERED.

                                                  s/ Thomas W. Phillips
                                          SENIOR UNITED STATES DISTRICT JUDGE